**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SANDRA LAMPKINS,

      Plaintiff,

                                                 CASE NO. 0:19-cv-60592-RAR

v.

CREDIT ONE BANK, N.A.,

      Defendant.

---

## NOTICE OF PENDING SETTLEMENT

Plaintiff**,** Sandra Lampkins, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, Sandra Lampkins, and Defendant, Credit One Bank, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

 

                                    */s/Geoffrey E. Parmer*
                                    Geoffrey E. Parmer, Esq.
                                    Florida Bar No. 989258
                                    William "Billy" Peerce Howard, Esq.
                                    Florida Bar No. 0103330
                                    THE CONSUMER PROTECTION FIRM, PLLC
                                    4030 Henderson Blvd.
                                    Tampa, FL  33629
                                    Telephone: (813) 500-1500
                                    Facsimile: (813) 435-2369
                                    Geoff@TheConsumerProtectionFirm.com
                                    Billy@TheConsumerProtectionFirm.com
                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on September 12, 2019 the foregoing was served using the

CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/Geoffrey E. Parmer
Geoffrey E. Parmer, Esq.
Florida Bar No. 989258
*Attorney for Plaintiff*