UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.   19-CIV-60592-RAR

SANDRA LAMPKINS,

    Plaintiff(s),

vs.

CREDIT ONE BANK, N.A.,

    Defendant(s).

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on September 12, 2019, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

✓    All individual parties and their respective trial counsel.

✓    Designated corporate representatives.

____    Required claims professionals.

(b) The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c)  The outcome of the mediation conference was:

_✓_  The case has been completely settled.

___  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

___  The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

___  The parties have reached an impasse.

_____  9/13/19
Jeffrey M. Fleming, Mediator
Mediator # 30187 FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, Florida 32751
407- 661-1123 phone 407-661-5743 facsimile
jfleming@uww-adr.com