UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SANDRA LAMPKINS,

    Plaintiff,

v.                                                                                    CASE NO.:  0:19-cv-60592-RAR

CREDIT ONE BANK, N.A.,

    Defendant.

---

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Sandra Lampkins, and Defendant, Credit One Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and having entered into a Settlement Agreement and General Release of Claims ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

*/s/Geoffrey E. Parmer*                               */s/ Alexandra de Alejo*
Geoffrey E. Parmer, Esquire                     Alexandra de Alejo, Esquire
Florida Bar No. 989258                             Florida Bar No. 43108
Geoff@TheConsumerProtectionFirm.com      alexandra.dealejo@gray-robinson.com
William "Billy" Peerce Howard, Esquire         ecianella@gray-robinson.com
Florida Bar No. 103330                             Gray Robinson, P.A.
The Consumer Protection Firm, PLLC         333 SE 2nd Avenue
4030 Henderson Boulevard                    Suite 3200
Tampa, FL 33629                                    Miami, FL 33131
Tel.:  (813) 500-1500 x206                     Tel.:  (305) 416-6880
Fax:  (813) 435-2369                            Fax:  (305) 413-6887
*Attorneys for Plaintiff*                               *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on October 23, 2019 to all parties of record.

    Respectfully submitted,

    */s/Geoffrey E.Parmer*
    Geoffrey E. Parmer, Esquire
    Florida Bar No. 989258

\539769\1 - # 38474496 v1